United States District Court
Southern District of Texas
FILED

APR 2 2 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

APR 2 2 2005

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-286 |
| | § | |
| Juan Francisco Pineda-Rodriguez | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 13, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE